16IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE L. PHILLIPS,

    Plaintiff,

v.

EDWARD WALL, et al.

    Defendants.

ORDER

Case No. 16-cv-176-jdp

Plaintiff Jackie L. Phillips a patient at Sand Ridge Secure Treatment Center in Mauston, Wisconsin has filed a proposed complaint under 42 U.S.C. § 1983, alleging constitutional rights violations. Plaintiff requests leave to proceed without prepayment of the filing fee and has submitted a resident account statement for the period of September 18, 2015 to March 18, 2016.

This court uses one method for determining the indigent status of all institutionalized persons, even those like plaintiff who are not subject to the 1996 Prisoner Litigation Reform Act. This method requires plaintiff to submit a certified copy of a resident account statement for the *entire* six-month period immediately preceding the filing of the complaint

A certified copy of plaintiff's resident account statement for the entire sixth-month period immediately preceding the filing of the complaint must be provided if plaintiff intends to pursue the request for leave to proceed without prepayment of the filing fee. Plaintiff's certified resident account statement should cover the period beginning approximately September 18, 2015 and ending approximately March 18,

2016. If plaintiff fails to submit the required statement within the deadline set below, I will assume that plaintiff wishes to withdraw this action voluntarily.

ORDER

IT IS ORDERED that plaintiff Jackie L. Phillips may have until April 13, 2016 to submit a certified copy of plaintiff's resident account statement for the period beginning approximately September 18, 2015 and ending approximately March 18, 2016. If, by April 13, 2016, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 21st day of March, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge