IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE L. PHLLIPS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-176-jdp

v.

EDWARD WALL, DENIS SYMDON,
KITTY RHOADES, DOUG BELLILE,
NATHAN DEAL and STEVE UPTON,

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Jackie L. Phillips leave to proceed and dismissing this case without prejudice.

| /s/ | 6/7/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |